*RAVEN, CLANCY & McDONAGH, P.C.*
313 SOUTH CONVENT
TUCSON, AZ 85701
(520) 628-8700

DENNIS J. CLANCY, SBN 011425
e-mail: dclancy@ravlaw.com
Attorneys for ABC FINANCE COMPANY

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>ISHMAEL LAMAR HOWARD;<br>KRISTYL M. HOWARD,<br><br>Debtors. | Chapter 13 Proceeding<br><br>No. 4-10-bk-22434-EWH<br><br>**OBJECTION TO DEBTORS' CHAPTER 13 PLAN** |

Creditor ABC Finance Company ("ABC"), by and through counsel undersigned, submits its objection to Debtors' Chapter 13 Plan as set forth below.

1. ABC is a secured creditor pursuant to the Motor Vehicle Retail Installment Sales Contract and Purchase Money Security Agreement, whereby Debtors purchased a 2003 Ford Expedition.

2. There are no provisions for adequate protection payments to ABC in the Plan.

3. The interest rate included in the Plan for the ABC claim is 6.00%. The interest rate in the contract is 29% per annum.

4. The proposed duration of the Plan is 60 months. The proposed treatment of ABC's secured claim is unreasonable.

WHEREFORE, ABC Finance Company respectfully requests this Court deny confirmation of Debtors' Chapter 13 Plan, until such time as these concerns are addressed.

RESPECTFULLY SUBMITTED this 1st day of October 2010.

                                          RAVEN, CLANCY & McDONAGH, P.C.

                                     By /s/Dennis J. Clancy  011425
                                         Dennis J. Clancy
                                         Attorneys for ABC

Copy of the foregoing served via electronic
notification or US Mail this 1st day of October 2010, to:

ISHMAEL LAMAR HOWARD
KRISTYL M HOWARD
10439 E BRIDGESTONE
TUCSON AZ  85730

DIANNE C KERNS
CHAPTER 13 TRUSTEE
7320 N LA CHOLLA #154 PMB 413
TUCSON AZ  85741-2305

DJC\kal\ 9688-050  |October 1, 2010 10:49am
S:\Clients (Active)\ABC Finance\Howard\Pleadings\Obj Plan.wpd